**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN BRADSHAW, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BLUE DIAMOND GROWERS, <br><br> Defendant. | Case No.: 1:20-cv-05125 |

## <u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Stephen Bradshaw and Defendant Blue Diamond Growers, by their undersigned counsel, hereby stipulate and agree that this proceeding is DISMISSED in its entirety, with prejudice, with Defendant paying the costs of Plaintiff and his counsel to the extent ordered by the Honorable Cathy Seibel in the related case of *Biegel et al. v Blue Diamond Growers*, Case No. 7:20-cv-03032-CS (S.D.N.Y). Defendant shall bear its own costs.

[*Signatures on following page*]

Dated: December 10, 2021

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Colleen Carey Gulliver*
   Colleen Carey Gulliver
   Negin Hadaghian
   Rachael C. Kessler
   1251 Avenue of Americas
   New York, NY 10020-1104
   Telephone: (212) 335-4500
   Fax: (212) 335-4501
   colleen.gulliver@us.dlapiper.com
   negin.hadaghian@us.dlapiper.com
   rachael.kessler@us.dlapiper.com

   Stefanie J. Fogel*
   33 Arch Street, 26th Floor
   Boston, MA 02110-1447
   Telephone: (617) 406-6053
   Fax: (212) 606-3364
   Stefanie.fogel@us.dlapiper.com

   *admitted *pro hac vice*

*Attorneys for Defendant Blue Diamond
Growers*

**REESE LLP**

By: */s/ Michael R. Reese*
   Michael R. Reese
   100 West 93rd Street, 16th Floor
   New York, NY 10025
   Telephone: (212) 643-0500
   Fax: (212) 253-4272
   mreese@reesellp.com

**SHEEHAN & ASSOCIATES, P.C.**
   Spencer Sheehan
   60 Cuttermill Rd Ste 409
   Great Neck, NY 11021-5101
   Telephone: (516) 260-7080
   Fax: (516) 234-7800
   spencer@spencersheehan.com

*Attorneys for Plaintiff Stephen Bradshaw*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 12/13/2021

*/s/ Eric N. Vitaliano*
Eric N. Vitaliano
United States District Judge

***The clerk is directed to close the case.***